**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BMO 2022-C3 MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2022-C3,** | **CIVIL ACTION** |
| **Plaintiff,** | **NO.  25CV2961** |
| **v.** | |
| **2015 WALNUT STREET OWNER LLC** **Defendant.** | |

**O R D E R**

**AND NOW**, this 21st day of May, 2026, upon consideration of Plaintiff's Motion for Summary Judgment (ECF Nos. 22 & 23), there being no response thereto, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **GRANTED**;

   a. Judgment is entered in the amount of $3,785,294.52;

   b. Plaintiff's request for attorneys' fees and related expenses is **GRANTED** in the amount of $65,809.07;

   c. Plaintiff **SHALL FILE** a motion detailing the additional interest and default interest, fees and expenses from April 27, 2026, to the date of this May, 20, 2026 Order **on or before June 3, 2026**.  Defendant may file a response to this motion **on or before June 10, 2026**.  Plaintiff may file a reply in further support of its motion **on or before June 17, 2026**.

2. A hearing to determine any additional interest, fees and expenses shall take place **on June 30, 2026, at 2:00 p.m.** in Courtroom 10-A of 601 Market Street, Philadelphia, PA 19106.

3.      Plaintiff is authorized to proceed to a judicial sale of the mortgaged property in

accordance with 28 U.S.C. § 2001 *et seq*.;

    a.   The sale shall comply with the requirements of the Pennsylvania Rules of Civil
Procedure governing mortgage foreclosures, except that Plaintiff shall comply
with applicable federal law to the extent that it conflicts with the Pennsylvania
Rules.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Receiver (ECF No. 18)

is **DENIED AS MOOT**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**

2